RECEIVED
CLERK'S OFFICE
2014 FEB 13 PM 12:01
MIDDLE
MAC__ GEORGIA

IN THE SUPERIOR COURT OF _____ COUNTY
STATE OF GEORGIA

JAMES COVERSON,
Petitioner,

VS.

ALAN CARTER, Warden
Jerry Jefferson, D/W Security
Nobles D/W Care and Treatment
Respondent.

CIVIL ACTION NO. 5:14-CV-060

## PETITION FOR A WRIT OF MANDAMUS

Comes Now JAMES COVERSON the Petitioner in the above-styled action, who pursuant to OCGA § 9-6-20 et seq. moves this Court for issuance of a writ of mandamus directed to the above-named respondent(s) ordering the performance of their duties as WARDEN, Deputy Warden of Security, Deputy Warden of Care & Treatment In support thereof, the Petitioner shows the following:

1.

Respondent(s) (is) (are) employed by Georgia Department of Corrections in the official capacity of WARDEN, Deputy Warden of Security, Deputy Warden and as such (is) (are) subject to the jurisdiction of this Court.

2.

The Petitioner states a claim in that He was Assaulted by Six Muslim Inmates on 1-14-14 At Autry state prison IN Dorm 4 on 1-15-14 These Inmates were Released back Into General population Less then twenty four hours Later by the Authorization of Mr. CARTER and Mr. Jefferson. Mr. CARTER and

Mr. Jefferson Keep placing my life in danger by putting me back on the same side as these very inmates I was assaulted by. Instead of transferring me to another prison or a work camp. Violate there duties of security and Breach of Duty by placing my life in harms way. Mr. Nobles Is violating his duty by failing to ensure that each inmate have reasonable access to the Grievence procedure and makin sure inmates are taken care of. 3. with the things the inmates needs Mr. Nobles also fail to do that due to Im housed in Administrative Segregation Alot of times my mail dont get sent out

The Petitioner has attempted to exhaust administrative remedies by doing the following: I've asked many officers and counselors for Grievence forms on numerous occaisons and they refused to give me one. Some tells me they dont pass out Grievences because it's "dry snitching." I've written Inmate Affairs Mr. Carter, Mr. Jefferson, and Mr. Nobles on different occaisons and never got any respond back. By me being housed In Administrative Segregation It's only so much I can do!!! This Is the only Remedy I have left. Enclosed you will find letters I've written to these individuals

The Respondent(s) (is) (are) under a duty to act pursuant to (S.O.P) These staff members are Required in that they Abide by the (S.O.P) Standard operating procedures set by the Georgia Department of Corrections as well as state and federal Laws of the state of Georgia and the United States of America.

5.

Petitioner has a clear legal right to the relief sought, has exhausted administrative remedies, and now has no other remedy other than Mandamus to obtain said relief.

6.

If the Petitioner is not granted relief, he will suffer damages of my safety being at Risk My life will still be at Risk of being killed by these Inmates or There gang by Mr. Carter, W.R. Jefferson placing these Inmates back on the Compound. My Rights will still be violated by these individuals and there co-workers. If Im not granted Relief from this Court I still won't have access to the Grievence procedure and Ill still be eating with my fingers and officers will continue to withhold food from me and other Inmates. My Rights will not be protected and these Individuals will continue to violate and fail to perform there duties

(Statement of Claim continued)

Mr. Carter, Mr. Jefferson and Mr. Nobles has fail to perform there duties of givin a segregation hearing within 72 hours of me being placed in Administrative segregation. They have fail to perform there duties n make sure I have Acute eating utensils. When they send me my trays they never send spoons according to S.O.P. (Standard Operating Procedures) so I is force to eat with my fingers!!! I've had two officers officer Knight and officer King refused to feed me DINNER for two days 1-30-14 and 1-31-14 and I can't even file a Grievance because I don't have reasonable access to the Grievance procedure. These individuals are failing to perform there duty of giving as required by Law. These Individuals are acting under State Law and Federal Law. Mr. Nobles dont provide me with my everyday needing supplies such as Toothpaste, Deodorant etc... These items are also hard to get!!! I havent got these items on request this month.

WHEREFORE, the Petitioner respectfully requests that this Court issue a mandamus nisi to Respondent requiring him to show cause at a time and place to be designated by the Court not less than ten days, nor more than thirty days from this date, why a mandamus should not be issued requiring him to _perform his duties and uphold them Respect my human Rights as well as the 8th Amendment of Abuse of prisoner guaranteed under the United States constitution and Abide by the S.O.P.s Standard operatin procedures as well as the Laws of the State of Georgia and Federal Laws!!_ and that upon the hearing the mandamus be made absolute and the Respondent be required to _Abide by the order of the Court what Ever the Judge decides I want the Respondents to uphold the order And If they Fail to do So that they be held In Contempt of Court, and forced to pay a fine each Time they violate and I ask This Court to monitor these Individuals Conduct._

This _3rd_ day of _Febuary_, ~~19~~ _2014_

_James Coverson_

Petitioner Pro Se
_Autry State Prison_
_P.O. Box 648_
_Pelham GA, 31779_