IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES ANDRE COVERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:14-CV-60 (MTT) |
| ) | |
| ALAN CARTER, JERRY JEFFERSON, ) | |
| and NOBLES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle. (Doc. 6). The Magistrate Judge recommends the Court deny the Petitioner's motion for mandamus relief (Doc. 1) and dismiss this case.

The Plaintiff did not object to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the **ORDER** of this Court. The Petitioner's motion for mandamus relief is **DENIED**.

**SO ORDERED**, this 28th day of April, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT